UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                          CASE NO. 11 B 32308
                                                CHAPTER 13
NURSEL BELL

                                                JUDGE JANET S BAER

          DEBTOR                                **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SPECIALIZED LOAN SERVICING

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 1 | 11 | XXXXXX2398 | $46,329.02 | $47,029.02 | $47,029.02 |
| Total Amount Paid by Trustee | | | | | $47,029.02 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-32308-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 30th day of December, 2015.

Debtor:
NURSEL BELL
10351 CLAREMONT
CHICAGO, IL 60643

Attorney:
JASON BLUST LLC
211 W WACKER DR #200
CHICAGO, IL 60606
via Clerk's ECF noticing procedures

Creditor:
SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

Mortgage Creditor:
SPECIALIZED LOAN SERVICING
8742 LUCENT BLVD #300
HIGHLANDS RANCH, CO 80129

Mortgage Creditor:
BANK OF AMERICA NA
% PROBER & RAPHAEL A LAW CORP
20750 BENTURA BLVD STE 100
WOODLAND HILLS, CA 91364

Mortgage Creditor:
SPECIALIZED LOAN SERVICING
% MCCALLA RAYMER
1544 OLD ALABAMA RD
ROSWELL, GA 30076

Mortgage Creditor:
BANK OF AMERICA NA
400 NATIONAL WAY MS CA69190123
SIMI VALLEY, CA 93065

Mortgage Creditor:
BAC HOME LOANS
% NOONAN & LIEBERMAN
105 W ADAMS #1800
CHICAGO, IL 60603

ELECTRONIC SERVICE - United States Trustee

Date: December 30, 2015

/s/ TOM VAUGHN
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603